UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

J'TTONALI ONE EYE EL-BEY,

Plaintiff,

Case No. 3:26-cv-59

vs.

THE UNITED STATES MARSHAL SERVICE, *et al*.,

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

Defendants.

---

**ORDER: (1) OVERRULING PLAINTIFF'S OBJECTIONS (Doc. No. 6) TO THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 5); (2) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE; (3) TERMINATING AS MOOT PLAINTIFF'S MOTION FOR REVIEW (Doc. No. 4); (4) CERTIFYING THAT AN APPEAL OF THIS ORDER WOULD NOT BE TAKEN IN GOOD FAITH; (5) DENYING PLAINTIFF LEAVE TO APPEAL *IN FORMA PAUPERIS*; (6) DISMISSING THIS CASE WITHOUT PREJUDICE; AND (7) TERMINATING THIS CASE ON THE DOCKET**

---

In this civil case, *pro se* Plaintiff J'tttonali One Eye El-Bey, an inmate in federal custody, appears to bring claims under 42 U.S.C. § 1983. Doc. No. 1-1 at PageID 3. The case is now before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Gentry (Doc. No. 5), to whom this case was referred to pursuant to 28 U.S.C. § 636(b). Judge Gentry recommends that the Court dismiss Plaintiff's complaint without prejudice. Doc. No. 5. Plaintiff filed timely objections to the R&R. Doc. No. 6. The matter is now ripe for review.

Before Judge Gentry issued the R&R, she ordered Plaintiff to file an amended complaint. Doc. No. 2. Instead of filing an amended complaint, Plaintiff filed apparent objections to Judge Gentry's Order. Doc. No. 4.

The Court has reviewed *de novo*, as required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), Plaintiff's objections and all filings in this matter. Liberally construing Plaintiff's *pro se* filings in his favor and accepting his factual allegations as true, the Court finds no merit in Plaintiff's objections. *See Brent v. Wayne Cnty. Dep't of Hum. Servs.*, 901 F.3d 656, 676 (6th Cir. 2018) ("We liberally construe *pro se* filings"). Judge Gentry's R&R is not "clearly erroneous or . . . contrary to law." 28 U.S.C. § 636(b)(1)(A); *see* Fed. R. Civ. P. 72(a).

Accordingly, the Court (1) **OVERRULES** Plaintiff's objections to the R&R; (2) **ADOPTS** the R&R in its entirety; (3) **TERMINATES AS MOOT** Plaintiff's objections to the Order requiring him to file an amended complaint; (4) **CERTIFIES** that any appeal of this order would not be taken in good faith; (5) **DENIES** Plaintiff leave to appeal *in forma pauperis;* (6) **DISMISSES** this case without prejudice; and (7) **TERMINATES** this case on the docket.

**IT IS SO ORDERED.**

October 14, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge